IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID G. BARBA and BLANCA BARBA,     )     CIV-S-05-0791 GEB PAN
                                     )
                 Plaintiffs,         )
                                     )     ORDER
v.                                   )
                                     )
STATE FARM MUTUAL INSURANCE          )
CORPORATION, an Illinois             )
corporation, and DOES 1 through      )
30, inclusive,                       )
                                     )
                 Defendants.         )
_____)

        On April 26, 2005, Defendant filed a motion to dismiss

Plaintiff Blanca Barba's claim for loss of consortium and to dismiss

Plaintiff Blanca Barba from this action.  On June 21, 2005, the

parties filed a stipulation of dismissal with prejudice of Plaintiff

Blanca Barba's action.  Therefore, Defendant's motion is deemed

withdrawn.

        IT IS SO ORDERED.

Dated:  June 22, 2005


                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge

1